FILED

13 FEB -8 PM 12:08

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Andrew J. Kahn, SBN 129776
Sarah Grossman-Swenson, SBN 259792
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415-597-7200

ATTORNEYS FOR: Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITE HERE,<br><br>                                  Plaintiff(s),<br>v.<br><br>FOOD & DRUG ADMINISTRATION<br><br>                                Defendant(s) | CASE NUMBER:<br><br>**SACV13-0227 JVS (MLGx)**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for UNITE HERE
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                         **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| Party | Connection |
|---|---|
| Food & Drug Administration | Plaintiff |
| Department of Health and Human Services | Parent agency of FDA |
| St. Jude Medical, Inc. | Owns facility covered by FDA inspection report requested by Plaintiff. |

2/7/13                                              /s/ Andrew J. Kahn
Date                                               Sign

                                                                 Andrew J. Kahn
                                                                 Attorney of record for or party appearing in pro per